1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11

MARTIN VARELA,                                    Case No. EDCV 14-1268 JC

12                        Plaintiff,

13            v.                                   JUDGMENT

14

CAROLYN W. COLVIN, Acting
15   Commissioner of Social Security,

16                        Defendant.

17

18

19        IT IS HEREBY ADJUDGED that the decision of the Commissioner of

20   Social Security is reversed and the matter is remanded for further administrative

21   action consistent with the Memorandum Opinion and Order of Remand filed

22   concurrently herewith.

23

24   DATED:  December 22, 2014

25

26                                        _____/s/_____

27                                        Honorable Jacqueline Chooljian
                                          UNITED STATES MAGISTRATE JUDGE
28